EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                                                          | 2020 TSPR 39 |
|-----------------------------------------------------------------|--------------|
| Disponibilidad de servicios notariales durante situación de emergencia | 204 DPR _____ |

Número del Caso: EM-2020-09

Fecha: 24 de abril de 2020

Materia: Oficina de Inspección de Notarías.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Disponibilidad de servicios notariales durante situación de emergencia

EM-2020-09

RESOLUCIÓN

En San Juan, Puerto Rico, a 24 de abril de 2020.

El 12 de marzo de 2020 la Gobernadora de Puerto Rico, Hon. Wanda Vázquez Garced (Gobernadora), decretó un estado de emergencia por la amenaza que representa la pandemia por la propagación de COVID-19. El 15 de marzo de 2020, la Gobernadora emitió una Orden Ejecutiva decretando un cierre total y toque de queda que aplicaba a entes gubernamentales y privados, con ciertas exclusiones relacionadas a servicios esenciales. Esta Orden Ejecutiva estuvo vigente desde el 16 de marzo hasta el 30 de marzo de 2020. Posteriormente, las medidas adoptadas en esa Orden Ejecutiva se extendieron en dos ocasiones adicionales, estableciéndose distintas exclusiones y condiciones acorde con el progreso de la situación de salud pública en el País. Al presente, las medidas que estableció la Gobernadora están vigentes hasta el domingo, 3 de mayo de 2020.

Ante la adopción de estas medidas, el 15 de marzo de 2020, el Poder Judicial anunció el cierre parcial de sus operaciones y suspendió las audiencias y asuntos citados en los tribunales del país hasta el 30 de marzo de 2020. Se dispuso que durante este periodo solo se atenderían asuntos urgentes tales como vistas de causa para arresto (Regla 6), órdenes de protección, solicitudes de traslado de menores fuera de la jurisdicción, otros asuntos de familia y menores de carácter urgente, y órdenes de ingreso involuntario a la luz de la Ley de Salud Mental, para nombrar algunos. El 16 de marzo de 2020 resolvimos extender hasta el 15 de abril de 2020 "[c]ualquier término que ven[ciera] durante las fechas del 16 de marzo de 2020 hasta el 14 de abril de 2020". In re Medidas Judiciales ante situación de emergencia de salud por el COVID-19, EM-2020-03. Más adelante,

extendimos los términos judiciales hasta el 18 de mayo de 2020, para atender la continuidad de las medidas de seguridad adoptadas. In re Medidas Judiciales ante situación de emergencia de salud por el COVID-19, EM-2020-05 y EM-2020-08.

Respecto a la función notarial, el 27 de marzo de 2020, este Tribunal aprobó la Resolución EM-2020-006, intitulada In re Servicios notariales durante situaciones de emergencias. En esta se estableció que, además de las medidas administrativas anunciadas por la Jueza Presidenta y la Oficina de Inspección de Notarías (ODIN), era fundamental garantizar la disponibilidad de aquellos servicios ofrecidos por el notariado puertorriqueño que resultan indispensables durante el transcurso de esta emergencia.

En ese sentido, y al amparo del poder inherente de este Tribunal de regular la práctica notarial, se autorizó a los notarios y a las notarias a brindar servicios a la comunidad en situaciones de emergencia o de extrema necesidad. Concretamente, dispusimos que entre estos servicios esenciales se encontraban la autorización de testamentos, poderes, directrices anticipadas de tratamiento médico, la legitimación de documentos relacionados al traslado de menores fuera de la jurisdicción y aquellos que incidieran en el bienestar de la parte requirente (alimentos, ingresos, hogar y servicios de salud).

Nuestra política de apertura y accesibilidad a servicios indispensables para la comunidad y el País es conocida. La disponibilidad de tales servicios, tanto judiciales como notariales, se acentúa en circunstancias críticas como las que atravesamos actualmente. Al amparo de esta política de apertura, resolvemos que el notariado podrá intervenir en todo tipo de transacción que le sea requerida en el curso ordinario de los negocios. La autorización aquí conferida al notariado será efectiva en tanto la actividad notarial sea permitida durante el estado de emergencia decretado. Reiteramos la necesidad de que estos profesionales del Derecho adopten las medidas de salud y seguridad recomendadas por las autoridades locales y federales.

Este Tribunal reitera su llamado a la prudencia en el ejercicio de la discreción profesional de cada notario o notaria al proveer sus servicios sin menoscabar la salud y bienestar de las personas con las que intervienen. Con miras a procurar el cumplimiento con las medidas cautelares recomendadas, reafirmamos que durante el periodo de emergencia decretado el notario o la notaria podrá utilizar mecanismos de comunicación remota, incluyendo la videoconferencia, **únicamente para gestiones preparatorias atinentes a la autorización de un instrumento público o de una declaración jurada.** Deberá observar, igualmente, medidas de prevención al autorizar instrumentos públicos o declaraciones juradas siempre que sean actos comprendidos

bajo el criterio de emergencia o de extrema necesidad establecido en virtud de la Resolución de 27 de marzo de 2020 o que sean permitidos bajo cualquier modificación al toque de queda vigente decretado por el Poder Ejecutivo.

Por último, se dispone que, en el plazo permitido por la Ley Notarial, el notario o la notaria podrá coordinar la comparecencia separada de las personas intervinientes. Ello, siempre que no sea requerida la unidad de acto como condición para la validez del negocio jurídico o documento autorizado.

Se ordena la difusión inmediata de esta Resolución. Notifíquese al Director Administrativo de los Tribunales, al Director de la Oficina de Inspección de Notarías y al Director de la Oficina de Prensa de la Oficina de Administración de los Tribunales.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                              José Ignacio Campos Pérez
                           Secretario del Tribunal Supremo